**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:00-cr-00058-HDM-RAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ROBERTO CARLOS RANGEL, | ) | |
| Defendant. | ) | |

On March 19, 2014, the defendant advised the court that he would like the court to construe his motion filed on March 6, 2014 (#258) as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (*See* Doc. #260). Accordingly, the government shall file a response to the defendant's motion (#258) on or before May 27, 2014.

IT IS SO ORDERED.

DATED: This 26th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE