# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:00-cr-00058-HDM-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| ROBERTO CARLOS RANGEL, | ) | |
| Defendant. | ) | |

The relief sought in the motion filed September 28, 2015 (#278) is an issue to be decided by the Bureau of Prisons and does not require any action of this court.

IT IS SO ORDERED.

DATED: This 29th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1