**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:00-cr-00058-HDM-RAM-2 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| ROBERTO CARLOS RANGEL, | ) | |
| Defendant. | ) | |

Defendant's letter-motion (#281) for reconsideration of the court's September 29, 2015 order is **DENIED**.

IT IS SO ORDERED.

DATED: This 13th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE